# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DANIELLE NICOLE NIXON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:20-cv-01699 |
| v. | § | |
| | § | |
| **HOUSTON INDEPENDENT SCHOOL DISTRICT,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ON DEFENDANT'S OBJECTIONS AND MOTION TO STRIKE CERTAIN SUMMARY JUDGMENT EVIDENCE

Pending before the Court is Defendant's Objections and Motion to Strike Certain Summary Judgment Evidence ("Motion"). After considering the Motion, any responses and replies filed thereafter, the record, the circumstances of this case, and the applicable law, the Court is of the opinion that the Motion has merit and should be **GRANTED** in its entirety.

SIGNED AND ENTERED on March __, 2022

 _____
 Hon. David Hittner
 United States District Judge