# **EXHIBIT 1**

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3
    DANIELLE NICOLE NIXON,    §
 4                            §
              Plaintiff,      §
 5                            §   CIVIL ACTION NO.
    V.                        §   4:20-cv-01699
 6                            §
    HOUSTON INDEPENDENT       §   JURY DEMANDED
 7   SCHOOL DISTRICT          §
                              §
 8            Defendant.      §

 9

10

11

12              ORAL DEPOSITION OF
                DR. LACHLIN VERRETT
13              DECEMBER 16, 2021

14

15

16      ORAL DEPOSITION OF DR. LACHLIN VERRETT, produced as

17   a witness at the instance of the Plaintiff and duly

18   sworn, was taken in the above styled and numbered cause

19   on Thursday, December 16, 2021, from 10:11 a.m. to

20   7:54 p.m., before DONNA QUALLS, Notary Public in and for

21   the State of Texas, by computerized stenotype machine,

22   at the offices of Spencer Fane, LLP, 3040 Post Oak

23   Boulevard, Suite 1300, Houston, Texas, pursuant to the

24   Federal Rules of Civil Procedure, and any provisions

25   stated on the record or attached hereto.
```

```
 1  break.
 2                  MS. JIMENEZ:  Let's go off the record.
 3                  (Recess from 6:24 p.m. to 6:32 p.m.)
 4                  THE REPORTER:  Back on the record at
 5  6:32 p.m.
 6       Q.  (BY MS. JIMENEZ)  Dr. Verrett, you've read the
 7  transcript in its entirety; is that correct?
 8       A.  That's correct.
 9       Q.  Did that refresh your recollection of that
10  conversation?
11       A.  Well, it -- it set a context for me.
12       Q.  So is that a "yes," or is that a "no"?
13       A.  Well, it's a yes in terms of that -- there's
14  some gaps in it.  I'm not sure if it's one meeting, if
15  it's two conversations.  There was conversation even
16  before that conversation.  So I'm just not confident
17  that it's an accurate capturing or portrayal of what the
18  different conversations may have been.  I don't know how
19  this was transcribed.
20                  MS. JIMENEZ:  I'll object to the
21  unresponsive portion of it.
22       Q.  (BY MS. JIMENEZ)  So reading this, did this
23  refresh your recollection of conversations you've had
24  with Ms. Nixon?
25       A.  It does capture some conversations that we've
```

1  had with Ms. Nixon.  Did it capture everything about the
2  conversations?  I can't testify to that.  There are gaps
3  in it.
4       Q.  So I'm confused.
5           Is that a "yes," or is that a "no"?
6       A.  My response is, when I started reading the
7  transcript and as I read through the transcript, I
8  noticed that there was a conversation before.  I noticed
9  that this -- this -- it just starts and it ends.  And I
10 cannot say that the transcript actually has everything
11 that may have been captured in whatever recording.  Now,
12 what's on the transcript is on the transcript.  I can
13 only speak to what is actually on the transcript.
14           MS. JIMENEZ:  I'm going to object to the
15 nonresponsive portion of that.
16      Q.  (BY MS. JIMENEZ)  I think my question was do
17 you recall having this conversation with Ms. Nixon?
18      A.  I remember having a conversation -- many
19 conversations with Ms. Nixon, yes.
20      Q.  Was this one of the many conversations you had
21 with her?
22      A.  Without certainty of the actual document, if
23 some things are missing --
24           MS. WHITE:  Don't speculate.
25      A.  Well, for -- for me, that...

```
 1                MS. JIMENEZ:  I'm going to object to the
 2   coaching.
 3        Q.  (BY MS. JIMENEZ)  You can finish your response.
 4        A.  Okay.  I was waiting for the attorney to stop
 5   whispering.
 6        Q.  That's okay.
 7        A.  So restate the question, please.
 8        Q.  Do you recall having this conversation with
 9   Ms. Nixon?
10        A.  I do recall some of the content in the
11   transcript in terms of a conversation with Ms. Nixon.
12                MS. JIMENEZ:  I'm going to object to the
13   unresponsive portion of the answer after he said, "I do
14   recall."
15                MS. WHITE:  I'm sorry.  I didn't hear the
16   end of what you said.
17                MS. JIMENEZ:  Can you read back?
18                (Requested portion read back.)
19        Q.  (BY MS. JIMENEZ)  Did you ever tell Ms. Nixon,
20   (as read) "It seems like" -- "you made it seem like I
21   was" -- "I'm just looking for a white person"?
22                Did you ever tell Ms. Nixon that?
23        A.  According to the transcript, I was addressing
24   Ms. Nixon's misunderstanding or her lack of
25   understanding around a conversation that was held
```