# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DANIELLE NICOLE NIXON,** *Plaintiff,* | § § § § | |
| v. | § § § | CIVIL ACTION NO. 4:20-cv-01699 |
| **HOUSTON INDEPENDENT SCHOOL DISTRICT** *Defendant.* | § § § § § | |

## ORDER OVERRULING DEFENDANT'S OBJECTIONS AND DENYING MOTION TO STRIKE CERTAIN SUMMARY JUDGMENT EVIDENCE

Having considered Defendant's Objections and Motion to Strike Certain Summary Judgment Evidence [Dkt. 39] and Plaintiff's Response [Dkt. 42], the Court ORDERS:

Defendant's Objections are OVERRULED and Motion to Strike Certain Summary Judgment Evidence is DENIED.

All relief not expressly granted is denied.

SIGNED this _____ day of April 2022.

_____
HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE