United States District Court
Southern District of Texas
**ENTERED**
April 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Danielle Nicole Nixon, | § | |
| | § | |
| v. | § | C.A. H-20-1699 |
| | § | |
| Houston Independent School District, | § § § | |

## **ORDER**

IT IS HEREBY ORDERED

That this case is reset to the May, 2022 trial term. The Joint Pretrial Order will be filed by April 29, 2022.

SIGNED at Houston, Texas, on this 22nd day of April, 2022.

DAVID HITTNER
United States District Judge